UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>OPENTV INC., ET AL.,<br><br>    Defendants. | Case No.: 5:13-CV-0282-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference currently scheduled for May 24, 2013 is hereby CONTINUED until July 5, 2013 at 10:00 a.m. The parties shall file a Joint Case Management Statement no later than June 28, 2013.

**IT IS SO ORDERED.**

Dated: May 21, 2013

                                        EDWARD J. DAVILA
                                        United States District Judge