MICHAEL K. PLIMACK (CA Bar No. 133869)
Email: mplimack@cov.com
ELENA M. DIMUZIO (CA Bar No. 239953)
Email: edimuzio@cov.com
JEFFREY T. PEARLMAN (CA Bar No. 254759)
Email: jpearlman@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091

ROBERT T. HASLAM (CA Bar No. 71134)
rhaslam@cov.com
MICHELLE L. MORIN (CA Bar No. 284789)
Email: mmorin@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Redwood Shores, CA  94065
Telephone:   (650) 632-4700
Facsimile:    (650) 632-4800

*Attorneys for Defendants OpenTV Inc. and Nagra USA, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.<br>CISCO TECHNOLOGY, INC.<br>NDS AMERICAS INC.<br>SCIENTIFIC ATLANTA LLC<br><br>     Plaintiffs,<br><br>     v.<br><br>OPENTV INC.<br>NAGRA USA, INC.,<br><br>     Defendants. | **Civil Case No. 5:13-cv-0282-EJD**<br><br>**DECLARATION OF ELENA DIMUZIO REGARDING MOTION FOR ADMINISTRATIVE RELIEF TO SEAL DOCUMENTS** |

DECL. OF E. DIMUZIO ISO MOTION TO SEAL
Civil Case No. 5:13-cv-0282-EJD

I, Elena DiMuzio declare as follows:

1. I am an attorney of the law firm of Covington & Burling LLP, counsel of record for Defendants OpenTV Inc. and NAGRA USA, Inc. ("OpenTV") in this action. I am licensed to practice law in the State of California. The matters set forth herein are true and correct pursuant to my own personal knowledge and information provided to me. If called as a witness, I could and would testify competently thereto.

2. On Friday October 4, 2013 Plaintiffs filed a Motion for Administrative Relief to Seal Documents ("Motion to Seal") related to their Motion Under L.R. 7-11 Requesting Evidentiary Hearing (Dkt. No. 74).

3. I have reviewed the information included in Plaintiffs' Motion to Seal and agree that Plaintiffs' Motion for Administrative Relief Under Civil L.R. 7-11 Requesting Evidentiary Hearing and the supporting Exhibit A to the Declaration of Edward R. Reines (the deposition transcript of Mr. Beariault) contain information that should be sealed. The information to be filed under seal contains details of confidential communications, patent license agreements, business strategies, hiring decisions, and other sensitive and non-public information, including information that is protected by confidentiality provisions of agreements between the parties and/or between OpenTV and third parties. Disclosure of this information would be harmful to OpenTV as it would reveal OpenTV's confidential business strategies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 8, 2013

/s/ *Elena DiMuzio*
ELENA DIMUZIO

DECL. OF E. DIMUZIO ISO MOTION TO SEAL
Civil Case No. 5:13-cv-0282-EJD                 1