United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC., et. al., | CASE NO. 5:13-cv-00282 EJD |
| Plaintiff(s), | **ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTIONS** |
| v. | |
| OPENTV INC., et. al., | |
| Defendant(s). | |

Plaintiffs' administrative motions (1) to file supplemental opposition to Defendants' Motion to Dismiss, and (2) requesting an evidentiary hearing, are each DENIED for the reasons identified by Defendants in their combined opposition to these motions.[1]

**IT IS SO ORDERED.**

Dated: October 8, 2013

EDWARD J. DAVILA
United States District Judge

---

[1] Complete, unredacted versions of these documents were filed with the parties' respective administrative motions to file under seal. See Docket Item Nos. 73, 74, 78. Although the court has now ruled on Plaintiffs' motions, the parties should still file the motions and opposition as separate, sealed docket entries according to the instructions listed at http://cand.uscourts.gov/ecf/underseal.

1
CASE NO. 5:13-cv-00282 EJD
ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTIONS