**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC., et. al., | CASE NO. 5:13-cv-00282 EJD |
| Plaintiff(s), | **ORDER CLARIFYING RULING ON PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL OPPOSITION** |
| v. | |
| OPENTV INC., et. al., | |
| Defendant(s). | |

With regard to Plaintiffs' administrative motion to file supplemental opposition and the motion to seal that filing (see Docket Item No. 73), the court clarifies as follows to the extent it has created any confusion:

Plaintiffs' administrative motion to seal is GRANTED. The administrative motion to file supplemental opposition is DENIED.

**IT IS SO ORDERED.**

Dated: October 11, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-00282 EJD
ORDER CLARIFYING RULING ON PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL OPPOSITION