IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS INC., et. al., | CASE NO. 5:13-cv-00282 EJD |
| Plaintiff(s), | **ORDER RE: LETTER FROM COUNSEL** |
| v. | |
| OPENTV INC., et. al., | |
| Defendant(s). | |

Counsel for Plaintiff recently filed a letter and exhibits requesting the court consider additional evidence in opposition to a pending motion. See Docket Item Nos. 96, 97. Counsel is referred to Section VI of this court's Scheduling Notes, publicly available on the website for the Northern District of California, which states:

> The Court does not respond to letters or letter briefs seeking legal relief from the Court, unless leave to make such a request has been specifically granted. All requests requiring the Court to take action shall be made by either a Stipulation and Proposed Order or by appropriate motion made pursuant to the Local Rules.

Counsel are therefore ordered to present any further requests for the consideration of additional information accordingly. The court will take no action and will not consider the letter and other documents which appear as Docket Item Nos. 96 and 97 in their current form.

**IT IS SO ORDERED.**

Dated: December 6, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-00282 EJD
ORDER RE: LETTER FROM COUNSEL