| | |
|---|---|
| EDWARD R. REINES (Bar No. 135960) | MICHAEL K. PLIMACK (Bar No. 133869) |
| edward.reines@weil.com | mplimack@cov.com |
| SONAL N. MEHTA (Bar No. 222086) | ELENA M. DIMUZIO (Bar No. 239953) |
| sonal.mehta@weil.com | edimuzio@cov.com |
| J. JASON LANG (Bar No. 255642) | JEFFREY T. PEARLMAN (Bar No. 254759) |
| jason.lang@weil.com | jpearlman@cov.com |
| WEIL, GOTSHAL & MANGES LLP | COVINGTON & BURLING LLP |
| Silicon Valley Office | One Front Street |
| 201 Redwood Shores Parkway | San Francisco, CA 94111-5356 |
| Redwood Shores, CA 94065 | Telephone: (415) 591-6000 |
| Telephone: (650) 802-3000 | |

ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com

*Attorneys for Plaintiffs*
*CISCO SYSTEMS, INC.,*
*CISCO TECHNOLOGY, INC.,*
*NDS AMERICAS INC., and*
*SCIENTIFIC ATLANTA LLC*

MICHELLE L. MORIN (Bar No. 284789)
mmorin@cov.com
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700

*Attorneys for Defendants OPENTV INC. and*
*NAGRA USA, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., CISCO TECHNOLOGY, INC., NDS AMERICAS INC., and SCIENTIFIC ATLANTA LLC<br><br>Plaintiffs,<br><br>v.<br><br>OPENTV INC. and NAGRA USA, INC.<br><br>Defendants. | Case No. 5:13-cv-00282-EJD<br><br>[PROPOSED] ORDER EXTENDING DEADLINES PER STIPULATION<br><br>Judge:   Hon. Edward J. Davila |

Upon consideration of the Stipulated Request for Order Extending Deadlines, and good cause being shown, the request is GRANTED. The schedule is extended as set forth below.

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Invalidity Contentions regarding Cisco's asserted patents (Patent L.R. 3-3, 3-4, 3-5) | December 2, 2013 | January 13, 2014 |
| Exchange of Proposed Terms of Cisco's asserted patents for Construction (Patent L.R. 4-1) | December 16, 2013 | January 27, 2014 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence regarding Cisco's asserted patents (Patent L.R. 4-2) | January 6, 2014 | February 18, 2014 |
| Joint Claim Construction and Prehearing Statement regarding construction of Cisco's asserted patents (Patent L.R. 4-3) | January 31, 2014 | March 14, 2014 |
| Joint Case Management Statement for Interim Conference | February 28, 2014 | April 11, 2014 |
| Close of Claim Construction Discovery relating to Cisco's asserted patents (Patent L.R. 4-4) | February 28, 2014 | April 11, 2014 |
| Interim Case Management Conference | Friday, March 7, 2014 at 10:00 a.m. | Friday, April 18, 2014 at 10:00 a.m. (or nearest acceptable date according to the Court's schedule) |
| Opening Claim Construction Brief relating to Cisco's asserted patent claims (Patent L.R. 4-5) | March 17, 2014 | April 28, 2014 |
| Responsive Claim Construction Brief relating to Cisco's asserted patent claims (Patent L.R. 4-5) | March 31, 2014 | May 12, 2014 |
| Reply Claim Construction Brief relating to Cisco's asserted patents (Patent L.R. 4-5) | April 7, 2014 | May 19, 2014 |

| | | |
|---|---|---|
| Case Tutorial relating to Cisco's asserted patents (Standing Order for Patent Cases) | Wednesday, May 14, 2014 at 9:00 a.m. | Wednesday, July 2, 2014 at 9:00 a.m. (or nearest acceptable date according to the Court's schedule) |
| Claim Construction Hearing relating to Cisco's asserted patents (Standing Order for Patent Cases) | Following Tutorial | |
| Preliminary Pretrial Conference Statement relating to Cisco's asserted patents | June 10, 2014 | July 22, 2014 |
| Preliminary Pretrial Conference relating to Cisco's asserted patents | Friday, June 20, 2014 at 11:00 a.m. | Friday, August 1, 2014 at 11:00 a.m. (or nearest acceptable date according to the Court's schedule) |
| Fact Discovery Cut-off relating to Cisco's asserted patents | July 21, 2014 | September 2, 2014 |
| Designation of Opening Experts with Reports relating to Cisco's asserted patents | August 20, 2014 | October 1, 2014 |
| Designation of Rebuttal Experts with Reports relating to Cisco's asserted patents | September 10, 2014 | October 22, 2014 |
| Expert Discovery Cutoff relating to Cisco's asserted patents | September 17, 2014 | October 29, 2014 |
| Deadline for Filing Dispositive Motions relating to Cisco's asserted patents | October 1, 2014 | November 12, 2014 |

**IT IS SO ORDERED**.

Dated: _December 6, 2013_____

_____
EDWARD J. DAVILA
United States District Judge

Respectfully submitted,

Dated: November 22, 2013        WEIL, GOTSHAL & MANGES LLP

*/s/ Edward R. Reines*
Edward R. Reines
Sonal N. Mehta
J. Jason Lang

Attorneys for Plaintiffs
*CISCO SYSTEMS, INC., CISCO TECHNOLOGY, INC., NDS AMERICAS INC., and SCIENTIFIC ATLANTA LLC*

Dated: November 22, 2013        COVINGTON & BURLING LLP

*/s/ Michael K. Plimack*
Robert T. Haslam
Michael K. Plimack
Elena M. DiMuzio
Jeffrey T. Pearlman
Michelle L. Morin

Attorneys for Defendants
*OpenTV Inc. and NAGRA USA, Inc.*

1                                      <u>ATTESTATION OF E-FILER</u>

2           In compliance with Local Rule 5-1(i), the undersigned ECF user whose

3 identification and password are being used to file this document, hereby attests that all

4 signatories have concurred in the filing of this document.

5                                                         COVINGTON & BURLING LLP

6

7                                                  */s/ Michael K. Plimack*
                                                          Michael K. Plimack

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28