| | |
|---|---|
| EDWARD R. REINES (Bar No. 135960)<br>edward.reines@weil.com<br>SONAL N. MEHTA (Bar No. 222086)<br>sonal.mehta@weil.com<br>J. JASON LANG (Bar No. 255642)<br>jason.lang@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br><br>*Attorneys for Plaintiffs*<br>*CISCO SYSTEMS, INC.,*<br>*CISCO TECHNOLOGY, INC.,*<br>*NDS AMERICAS INC., and*<br>*SCIENTIFIC ATLANTA LLC* | MICHAEL K. PLIMACK (Bar No. 133869)<br>mplimack@cov.com<br>ELENA M. DIMUZIO (Bar No. 239953)<br>edimuzio@cov.com<br>JEFFREY T. PEARLMAN (Bar No. 254759)<br>jpearlman@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111-5356<br>Telephone: (415) 591-6000<br><br>ROBERT T. HASLAM (Bar No. 71134)<br>rhaslam@cov.com<br>MICHELLE L. MORIN (Bar No. 284789)<br>mmorin@cov.com<br>333 Twin Dolphin Drive<br>Redwood Shores, CA 94065-1418<br>Telephone: (650) 632-4700<br><br>*Attorneys for Defendants OPENTV INC. and*<br>*NAGRA USA, INC.* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC.<br>CISCO TECHNOLOGY, INC.<br>NDS AMERICAS INC.<br>SCIENTIFIC ATLANTA LLC<br><br>    Plaintiffs,<br><br>    v.<br><br>OPENTV INC.<br>NAGRA USA, INC.,<br><br>    Defendants. | **Civil Case No. 5:13-cv-0282-EJD**<br><br>**ORDER OF STIPULATED DISMISSAL** |

ORDER OF STIPULATED DISMISSAL
Civil Case No. 5:13-cv-0282-EJD

On January 30, 2014, Plaintiffs, Cisco Systems, Inc., Cisco Technology Inc., NDS Americas Inc. and Scientific Atlanta LLC (together, "Cisco") and Defendants OpenTV, Inc. and NAGRA USA, Inc. (together, "OpenTV"), announced to the Court that they have settled Cisco's claims for relief asserted in this case. The Court, having considered this request, is of the opinion that the parties' request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and Cisco's claims against OpenTV for patent infringement are dismissed WITH PREJUDICE to the re-filing of same, and Cisco's claims for declaratory judgment are dismissed WITHOUT PREJUDICE to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment. The clerk shall close this file.

Signed this __5th__ day of _____February_____ , 2014.



HON. EDWARD J. DAVILA
United States District Judge

ORDER OF STIPULATED DISMISSAL
Civil Case No. 5:13-cv-0282-EJD

1